John H. Carbaugh, appellee, v. Chicago Title & Trust Company, as administrator with the will annexed of Charles A. Dickens, deceased, appellant. Gen. No. 32,941.

Heard in the third division of this court for the first district at the October term,

1928. Opinion filed January 30, 1929.

Kannally & Megan, for appellant; Charles P. Megan, of counsel. W. F. Mayer, for appellee.

Mr. Justice Ryner delivered the opinion of the court.